RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MATTHEW M. GUINEY
guiney@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABRAHAM DRUCKER, on behalf of himself and all others similarly situated, | ) Case No.: 3:19-cv-00622-JD |
| | ) |
| | ) **NOTICE OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| Plaintiff, | ) |
| | ) JUDGE:  Hon. James Donato |
| v. | ) CTRM:   11, 19th Floor |
| | ) |
| FERRERO USA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant, Ferrero U.S.A.,

2  Inc., having moved to dismiss the complaint, but not having filed an answer or motion for

3  summary judgment, Plaintiff, Abraham Drucker, hereby dismisses with prejudice his complaint

4  against Defendant, Ferrero U.S.A., Inc. in the above-captioned action.

5

6  DATED: April 24, 2019                    **WOLF HALDENSTEIN ADLER**
                                           **FREEMAN & HERZ LLP**
7

8                                By:        */s/ Rachele R. Byrd*
                                            RACHELE R. BYRD
9

10                                         RACHELE R. BYRD
                                           BRITTANY N. DEJONG
11                                         750 B Street, Suite 1820
                                           San Diego, CA 92101
12                                         Telephone:  619/239-4599
                                           Facsimile:   619/234-4599
13

14                                         **WOLF HALDENSTEIN ADLER**
                                           **FREEMAN & HERZ LLP**
15                                         MATTHEW M. GUINEY
                                           270 Madison Avenue
16                                         New York, NY 10016
                                           Telephone:  212/545-4600
17                                         Facsimile:   212/545-4677
                                           Attorneys for Plaintiff
18

19

20

21

22

23

24

25

26

27  25571v2

28

                                        NOTICE OF DISMISSAL WITH PREJUDICE
                                        No. 3:19-cv-00622

                                        -1-